IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREESLATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEMSPEED TECHNOLOGIES AG and <br> CHEMSPEED TECHNOLOGIES, INC., <br><br> Defendants. | No. C 15-2233 WHA <br><br><br><br><br> **ORDER DENYING PRO** <br> **HAC VICE APPLICATIONS** |

The *pro hac vice* applications of Attorneys Thomas Carter, Michelle Eber, Scott Partridge, and Thomas Rooney (Dkt. No. 42–45) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: December 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE