# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Freeslate, Inc.

Plaintiff(s),

v.

Chemspeed Technologies AG and ChemspeedTechnolgies, Inc.

Defendant(s).

Case No: 3:15-cv-02233

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas Carter, an active member in good standing of the bar of The Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chemspeed Technologies AG and Chemspeed Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Jon Swenson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 910 Louisiana Street<br>Houston, TX 77002 | 1001 Page Mill Road, Bldg. 1, Suite 200<br>Palo Alto, CA 94304 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (713) 229-1505 | (650) 739-7514 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| thomas.carter@bakerbotts.com | jon.swenson@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24097467.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/31/15

Thomas Carter
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas Carter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 4, 2016.

UNITED STATES DISTRICT MAGISTRATE JUDGE