Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Freeslate, Inc.

)
)
)
)

Plaintiff(s),

)
)
)

v.

)

Chemspeed Technologies AG and
ChemspeedTechnolgies, Inc.

)
)
)

Defendant(s).

)
)

Case No: 3:15-cv-02233

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas Rooney , an active member in good standing of the bar of The Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chemspeed Technologies AG and Chemspeed Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Jon Swenson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 910 Louisiana Street<br>Houston, TX 77002 | 1001 Page Mill Road, Bldg. 1, Suite 200<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(713) 229-1762 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 739-7514 |
| MY EMAIL ADDRESS OF RECORD:<br>thomas.rooney@bakerbotts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jon.swenson@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24065996 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/31/15

Thomas Rooney                    ⊞
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas Rooney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 4, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*