KORULA T. CHERIAN (Bar No. 133967)
sunnyc@ruyakcherian.com
RUYAKCHERIAN LLP
1776 Eye Street, NW, Suite 750
Washington, DC 20006
Telephone: (202) 838 – 1560

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FREESLATE, INC., | **Case No.  3:15-CV-02233-WHA** |
| Plaintiff, | [PROPOSED] ORDER GRANTING KORULA T. CHERIAN'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS |
| v. | |
| CHEMSPEED TECHNOLOGIES AG and CHEMSPEED TECHNOLOGIES, INC., | |
| Defendants. | |

Pursuant to Local Rule 11-5, the Court hereby GRANTS Korula T. Cherian's Motion to Withdraw as Counsel for Defendants. Mr. Cherian, and his firm, RuyakCherian LLP are removed from the parties' and the Court's list of counsel in this action.

Defendants' counsel of record otherwise remains unchanged.

Dated: February 1, 2016

_____
Honorable William H. Alsup
United States District Court Judge

RuyakCherian LLP
1776 Eye Street, NW, Suite 750
Washington, DC 20006